UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: FRIEDBERG P.C.

---

ECP PROPERTY II LLC

                                                    Plaintiff(s)

                      - against -

Index # 1:20-CV-00303-ILG-VMS

JOSEPH S. NORTON, ETAL

Purchased February 27, 2020
File # 284.92 (CC)

                                                   Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MOHAMED HUSSEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 12, 2020 at 11:55 AM at

787 SARATOGA AVENUE
BROOKLYN, NY 11212

deponent served the within AMENDED SUMMONS IN A CIVIL ACTION & FIRST AMENDED COMPLAINT on THEMA NORTON therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to SHANTELL "SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 35 | 5'11 | 180 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

787 SARATOGA AVENUE
BROOKLYN, NY 11212

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 24, 2020 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

---

Sworn to me on March 24, 2020

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Commission Expires November 26, 2023 | RALPH J MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in Queens County<br>Commission Expires April 11, 2023 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2023 | **MOHAMED HUSSEIN**<br>License #: 2047473<br>Invoice #: 742017 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045